UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BENJAMIN LOPEZ-PATINO,  :
    Plaintiff,  :
                                :
   v.  :   CASE NO. 3:19-cv-1765 (MPS)
                                :
GARY CONNORS, et al.,  :
    Defendants.  :

## ORDER OF DISMISSAL

Plaintiff, Benjamin Lopez-Patino, is required by local court rules to keep the Court informed of an address at which he may be served with process. D. Conn. L. Civ. R. 83.1(c)2. The plaintiff was notified of this requirement in the order granting his motion to proceed *in forma pauperis* and was cautioned that failure to comply could result in the dismissal of this case. *See* ECF No. 10.

On June 16, 2020, an order sent to the plaintiff at the address on file was returned to the Court with a notation that the plaintiff has been released and the item could not be forwarded. Since then, the plaintiff has not updated his address. The Court concludes, therefore, that the plaintiff has not complied with the local rule.

This matter is hereby **DISMISSED** without prejudice. The Clerk is directed to close this case. The plaintiff may move to reopen the case provided he can demonstrate good cause for failing to comply with court rules regarding his address and provide a service address.

**SO ORDERED** this 20th day of August 2020 at Hartford, Connecticut.

                                                         /s/
                                       Michael P. Shea
                                       United States District Judge